UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK HOWARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:10CV2366 HEA |
| FIRE INSURANCE EXCHANGE, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit to collect the appellate filing fee. Plaintiff, a prisoner, has not submitted a prison account statement as required by 28 U.S.C. § 1915(a)(2). As a result, the Court will order plaintiff to submit, within fourteen days, a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal within fourteen (14) days of the date of this Order. See 28 U.S.C. § 1915(a)(2).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will impose a reasonable initial partial filing fee.

Dated this 13th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE